IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN E. WEST,

        Plaintiff,           CV F 06 0628 LJO WMW P

   vs.                          ORDER RE MOTIONS (DOC 4, 12)

R. RHODES, et al.,

        Defendants.

     Plaintiff has filed an order titled as a motion seeking emergency relief and a motion for the return of property.  The motions consist of generalized grievances regarding the conditions of Plaintiff's confinement, and do not conform to the requirements of Local Rule 65-231.

     Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions are dismissed as procedurally defective. IT IS SO ORDERED.

**Dated:**   **September 27, 2007**          /s/ **William M. Wunderlich**
                                                          UNITED STATES MAGISTRATE JUDGE